## L. J. MARQUIS & CO. et al. v. SECURITIES AND EXCHANGE COMMISSION.

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1943.

Before SWAN, AUGUSTUS N. HAND and CLARK, Circuit Judges.

PER CURIAM.

Ordered that the Clerk of the United States Circuit Court of Appeals for the Second Circuit shall certify the entries upon the docket with respect to the said petition to review and physically transmit and transfer such certificate, together with the said petition filed herein and together with all papers and documents now on file with the Clerk of this Court in connection therewith, to the Clerk of the United States Circuit Court of Appeals for the Third Circuit.

## NATIONAL LABOR RELATIONS BOARD v. ALEXANDER FILM CO. and Alexander Preview Company.
### No. 2690.

Circuit Court of Appeals, Tenth Circuit.

Feb. 10, 1943.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D.C., for petitioner.

No appearance for respondents.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Consent decree, enforcing order of the Board, was entered pursuant to stipulation of the parties.

## NATIONAL LABOR RELATIONS BOARD v. CARDIN MINING & MILLING CORPORATION.
### No. 2692.

Circuit Court of Appeals, Tenth Circuit.

Feb. 10, 1943.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

A. C. Wallace, of Miami, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Consent decree, enforcing order of the Board, was entered pursuant to stipulation of the parties.

## NATIONAL LABOR RELATIONS BOARD v. DAVIS–BIG CHIEF MINING COMPANY, a Corporation.
### No. 2693.

Circuit Court of Appeals, Tenth Circuit.

Feb. 10, 1943.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

A. C. Wallace, of Miami, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Consent decree, enforcing order of the Board, was entered pursuant to stipulation of the parties.